# SCHEDULE A

## SCHEDULE A

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

### PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

### LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-6013
Owner: Salvador Garcia III, *et al.*
Acres: 1.487

**Being** a 1.487 acre (64,766 square feet) parcel of land, more or less, being out of the Augustine de la Garza Survey, Abstract No. 83, Porción 73, Starr County, Texas and being out of the remainder of a called 6.18 acre tract conveyed to Maria Soledad Garcia and Salvador Garcia, III by Deed of Gift recorded in Volume 1007, Page 644, Official Records of Starr County, Texas (Second Tract: Share 3), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 1/2" iron rod at the northwest corner of Share 3 and the southwest corner of a called 1.63 acre tract conveyed to Cosme Ayala by Partition Deed recorded in Volume 171, Page 36, Deed Records of Starr County, Texas (Share 4), said point being in the east line of the remainder of a called 61.610 acre tract conveyed to Starr Produce Company by Substitute Trustee's Deed recorded in Volume 1012, Page 736, Official Records of Starr County, Texas, said point having the coordinates of N=16656852.092, E=854812.230, said point bears S 14°26'05" W, a distance of 3150.89' from United States Army Corps of Engineers Control Point No. 211;

**Thence:** S 09°00'27" W (S 08°44'00" W, Record), with the west line of Share 3 and the east line of the remainder of the 61.610 acre tract, for a distance of 333.12' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6005-2-3=6013-1" for the **Point of Beginning** and northwest corner of Tract RGV-RGC-6013, said point being in the west line of Share 3 and the east line of the remainder of the 61.610 acre tract, said point having the coordinates of N=16656523.077, E=854760.075;

**Thence:** departing the east line of the remainder of the 61.610 acre tract, over and across Share 3, the following courses and distances:

- S 37°57'35" E, for a distance of 169.70' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6013-2" for an angle point in the north line of Tract RGV-RGC-6013;

- S 58°21'13" E, for a distance of 169.81' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6013-3=6014-6" for the northeast corner of Tract RGV-RGC-6013, said point being in the east line of Share 3, the east line of Porción 73, the west line of Porción 74 and the west line of a called 26.52 acre tract conveyed to Americo Eloy Garcia, Rogelio Garcia and Salvador Garcia, Jr. by Warranty Deed recorded in Volume 572, Page 840, Official Records of Starr County, Texas (Fifth Tract: Share 2-A) and being

**SCHEDULE (Cont.)**

the same tract of land conveyed to Maria Soledad Garcia and Salvador Garcia, III by Deed of Gift recorded in Volume 1007, Page 644, Official Records of Starr County, Texas (Fifth Tract: Share 2-A);

**Thence:** S 09°00'27" W (N 08°44'00" E, Record), with the east line of Share 3, the east line of Porcion 73, the west line of Porcion 74 and the west line of Share 2-A, for a distance of 216.70' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6013-4=6014-5" for the southeast corner of Tract RGV-RGC-6013, said point being in the east line of Share 3, the east line of Porcion 73, the west line of Porcion 74 and the west line of Share 2-A;

**Thence:** departing the west line of Porcion 74 and the west line of Share 2-A, over and across Share 3, the following courses and distances:

- N 58°21'13" W, for a distance of 289.19' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6013-5" for an angle point in the south line of Tract RGV-RGC-6013;

- N 37°57'35" W, for a distance of 18.96' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6005-2-4=6013-6" for the southwest corner of Tract RGV-RGC-6013, said point being in the west line of Share 3 and the east line of the remainder of the 61.610 acre tract;

**Thence:** N 09°00'27" E (S 08°44'00" W, Record), with the west line of Share 3 and the east line of the remainder of the 61.610 acre tract, for a distance of 273.61' to the **Point of Beginning.**

# SCHEDULE D

**SCHEDULE D**

MAP or PLAT

LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | S 14°26'05" W | 3150.89' | N/A | N/A |
| L2 | S 09°00'27" W | 333.12' | S 08°44'00" W | N/A |
| L3 | S 37°57'35" E | 169.70' | N/A | N/A |
| L4 | S 58°21'13" E | 169.81' | N/A | N/A |
| L5 | S 09°00'27" W | 216.70' | N 08°44'00" E | N/A |
| L6 | N 58°21'13" W | 289.19' | N/A | N/A |
| L7 | N 37°57'35" W | 18.96' | N/A | N/A |
| L8 | N 09°00'27" E | 273.61' | S 08°44'00" W | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16656523.077 | 854760.075 | RGV-RGC-6005-2-3=6013-1 |
| 2 | 16656389.276 | 854864.460 | RGV-RGC-6013-2 |
| 3 | 16656300.183 | 855009.016 | RGV-RGC-6013-3=6014-6 |
| 4 | 16656086.159 | 854975.089 | RGV-RGC-6013-4=6014-5 |
| 5 | 16656237.891 | 854728.900 | RGV-RGC-6013-5 |
| 6 | 16656252.840 | 854717.237 | RGV-RGC-6005-2-4=6013-6 |
| 7 | 16656852.092 | 854812.230 | POC RGV-RGC-6013 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.00040000 (E.G. GRID X 1.00040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.

LEGEND

- ● 5/8" REBAR W/ "MDS" CAP SET
- △ CONTROL POINT
- ☼ UTILITY POLE
- DRSC  DEED RECORDS OF STARR COUNTY
- IPF   IRON PIPE FOUND
- IRF   IRON ROD FOUND
- ORSC  OFFICIAL RECORDS OF STARR COUNTY
- PG    PAGE
- POB   POINT OF BEGINNING
- POC   POINT OF COMMENCING
- VOL   VOLUME
- WB    WOOD BARN

- ———— ACQUISITION BOUNDARY
- —··—··— ADJOINING ACQUISITION BOUNDARY
- ~~~~~~ BRUSH LINE
- ——PL—— PROPERTY LINE
- —x—x—x— WIRE FENCE



MDS LAND SURVEYING COMPANY, INC.
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019400
7266 SIDNEY BAKER - KERRVILLE, TX 78028 - 830-816-1818

**METES & BOUNDS SURVEY**
SALVADOR GARCIA, III & MARIA SOLEDAD GARCIA
**TRACT No. RGV-RGC-6013**
STARR COUNTY                                    TEXAS




B&F ENGINEERING, INC.
908 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6659
(EMAIL) info@bnfeng.com

SHEET 4 OF 6
MDS PROJ. NO. 19-200-00   FILE NAME: RGV-RGC-6013   DATE: 2/3/2020

## SCHEDULE D (Cont.)

| 1 | 2 | 3 |
|---|---|---|
| MARIA SOLEDAD GARCIA & SALVADOR GARCIA, III CALLED 6.18 ACRES DEED OF GIFT VOL. 1007, PG. 644 ORSC (SECOND TRACT: SHARE 3) | MARIA SOLEDAD GARCIA & SALVADOR GARCIA, III CALLED 6.18 ACRES DEED OF GIFT VOL. 1007, PG. 644 ORSC (SECOND TRACT: SHARE 3) | MARIA SOLEDAD GARCIA & SALVADOR GARCIA, III CALLED 26.52 ACRES DEED OF GIFT VOL. 1007, PG. 644 ORSC (FIFTH TRACT: SHARE 2-A) |
| **4** BOONE LaGRANGE & WILMA W. LaGRANGE CALLED 29.72 ACRES TRUSTEE'S DEED VOL. 1053, PG. 171 ORSC (TRACT No. 2: SHARE 3-A) | **5** MARIA SOLEDAD GARCIA & SALVADOR GARCIA, III CALLED 5.00 ACRES DEED OF GIFT VOL. 1007, PG. 644 ORSC (FOURTH TRACT: SHARE 4-A) | **6** OWNER UNKNOWN CALLED 1.50 ACRES CERTIFIED COPY OF FINAL DECREE OF PARTITION VOL. 157, PG. 32 ORSC (SHARE 1-A) |
| **7** PEDRO C. OLIVAREZ & EUGENIA OLIVAREZ DE OLIVAREZ CALLED 7.61 ACRES PARTITION DEED VOL. 171, PG. 36 DRSC (SHARE 2) | **8** BOONE LaGRANGE & WILMA W. LaGRANGE CALLED 1.11 ACRES PRIVATE ROADWAY EASEMENT VOL. 505, PG. 119 ORSC | **9** SANTA CRUZ PROPERTIES, LTD. REMAINDER OF CALLED 167.17 ACRES GENERAL WARRANTY DEED VOL. 1275, PG. 81 ORSC |
| **10** STARR PRODUCE COMPANY REMAINDER OF CALLED 61.610 ACRES SUBSTITUTE TRUSTEE'S DEED VOL. 1012, PG. 736 ORSC | **11** BLANCA RODRIGUEZ BALTAZAR CALLED 50'x125' LOT QUITCLAIM DEED VOL. 1325, PG. 810 ORSC | **12** COSME AYALA CALLED 1.63 ACRES PARTITION DEED VOL. 171, PG. 36 DRSC (SHARE 4) |
| **13** FLORENCIA G. GARCIA & SALVADOR GARCIA, JR. CALLED 5.03 ACRES DEED OF GIFT VOL. 741, PG. 650 ORSC (TRACT 2, SHARE 7) | | |



DETAIL
SCALE: 1"=40'



METES & BOUNDS SURVEY
SALVADOR GARCIA, III & MARIA SOLEDAD GARCIA
TRACT No. RGV-RGC-6013
STARR COUNTY                                    TEXAS




## SCHEDULE D (Cont.)



Tract: RGV-RGC-6013
Owner: Salvador Garcia III, *et al.*
Acreage: 1.487

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract: RGV-RGC-6013
Owner: Salvador Garcia III, *et al.*
Acres: 1.487

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of land described in conveyance recorded with the Starr County Recorder on 15 July 2004, volume 1007, page 644, document number 1998-239477, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is FIFTY-TWO THOUSAND, NINE HUNDRED, FIFTY-NINE DOLLARS AND NO/100 ($52,959.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Salvador Garcia, III**<br><br>Edinburg, Texas | **RGV-RGC-6013**<br>Warranty Deed, Document #1988-142793, Book OR, Vol. 572, Pg. 840; Recorded April 28, 1988 in Deed Records of Starr County;<br><br>Warranty Deed, Document #1998-194739, Book OR, Vol. 796, Pg. 576; Recorded January 7, 1998 in Deed Records of Starr County; and<br><br>Deed of Gift, Document #2004-239477, Book OR, Vol. 1007, Pg. 644; Recorded July 15, 2004 in Deed Records of Starr County |
| **Maria Soledad Garcia**<br><br>Mercedes, Texas | **RGV-RGC-6013**<br>Warranty Deed, Document #1988-142793, Book OR, Vol. 572, Pg. 840; Recorded April 28, 1988 in Deed Records of Starr County;<br><br>Warranty Deed, Document #1998-194739, Book OR, Vol. 796, Pg. 576; Recorded January 7, 1998 in Deed Records of Starr County; and<br><br>Deed of Gift, Document #2004-239477, Book OR, Vol. 1007, Pg. 644; Recorded July 15, 2004 in Deed Records of Starr County |
| **Americo Eloy Garcia**<br><br>Rio Grande City, Texas | **RGV-RGC-6013**<br>Warranty Deed, Document #1988-142793, Book OR, Vol. 572, Pg. 840; Recorded April 28, 1988 in Deed Records of Starr County |

Case 7:20-cv-00288 Document 1-1 Filed on 09/22/20 in TXSD Page 20 of 20

| | |
|---|---|
| **Ameida Salinas** <br> **Starr County Tax Assessor-Collector** <br> 100 N. FM 3167, Room 201 <br> Rio Grande City, Texas 78582 | **RGV-RGC-6013** <br> Property Id. 55202 <br> Acct. No. 00083-07300-00150-000000 |