United States District Court
Southern District of Texas
**ENTERED**
February 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-288 |
| | § | |
| 1.487 ACRES OF LAND, MORE OR LESS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER RESETTING VIDEO STATUS CONFERENCE

IT IS HEREBY ORDERED that this matter (previously set for February 12, 2021) is hereby reset for video status conference via Zoom on April 16, 2021, at 9:30 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED February 10, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge